Antonio ROSSI, respondent, v. PROCTOR & GAMBLE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order unanimously affirmed, with costs. No opinion.

Charles ROSSOW, respt., v. Isabelle H. MATTHEWS, as execx., etc., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

Augustus W. L. ROTHENBERG, respt., v. Newton M. COLLINS, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Reargument granted, and case set down for the first Thursday of the September term. See, also, 161 App. Div. 387, 146 N. Y. Supp. 762.

Minnie RUBINOWITZ v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal denied, with $10 costs, on the ground that the moving papers do not show that the time to serve the proposed case has expired. Order filed.

Darwin P. RUDD, Respt., v. POWELL'S, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Charles B. RUEBENACK v. Isaac B. LEVY. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

Augusta RUPP, appellant, v. Kate T. BUTLER and John Butler, respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Carr and Mills, JJ., concur. Thomas and Rich, JJ., vote to reinstate the verdict.

Concetta SAGONE, as Admx., v. David C. MACKEY. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion for reargument denied; motion to go to Court of Appeals granted. Order filed.

The SAMUEL STORES, respt., v. POPULAR OUTFITTING COMPANY, Inc., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment modified by striking out all the adjudging provisions thereof and by inserting in lieu thereof the following: "It is ordered, adjudged and decreed that the defendant, its officers and agents, be and hereby are restrained and enjoined from using any lists of names taken from the books of the plaintiff, or copies of the same or memoranda made therefrom, and are hereby directed to return to plaintiff all lists of names taken from the books of plaintiff and all books and other memoranda or copies of same which belong to plaintiff and which are in control or possession of the defendant or any of its officers or agents"—and as so modified, the judgment is affirmed, together with the order, without costs to either party. All concur.

Frank SANTORO, respt., v. George H. CLOSE and William J. Close, doing business as a partnership under the name and style of Close Brothers, applts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Judgment and order unanimously affirmed, with costs.

Albert C. SCHAFF, respt., v. John M. MOEN, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order reversed with $10 costs and disbursements and motion denied, with $10 costs, without prejudice to a new application by plaintiff, if so advised, after issue has been joined to take the deposition of the defendant, for use upon the trial. All concur.

Albert SCHALLER, plff., v. Franklin H. MILLER, deft. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant, upon the nonsuit, with costs. Held, defendant by mailing to plaintiff the letter containing the alleged libelous matter did not thereby publish the same, unless he had reason to believe that plaintiff's wife or some other person would open and read the letter before it reached plaintiff. Plaintiff gave no such proof and hence did not prove publication. Rumney v. Worthley, 186 Mass. 144, 71 N. E. 361, 1 Ann. Cas. 189. All concur.

Max SCHAPIRO v. Fred BOHDE, Jr., et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Max SCHEIDLINGER, as administrator, etc., respondent, v. Laisser SILBER, appellant, and Divoria Silber, defendant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order of the Appellate Term (94 Misc. Rep. 322, 158 N. Y. Supp. 27) reversed, and motion to vacate an order for the examination before trial of the moving defendant granted, with $10 costs and disbursements. We approve the decision of the Appellate Term in the First Department in Mitchell v. Schroeder, 94 Misc. Rep. 270, 158 N. Y. Supp. 31. It is proper to observe that by chapter 610 of the Laws of 1916, to take effect September 1, 1916, section 27 of the Municipal Court Code of New York City (Laws 1915, c. 279) was amended so as to permit the deposition of a party to an action in the Municipal Court to be taken. Jenks, P. J., and Carr, Stapleton, Rich and Putnam, JJ., concur.

William J. SCHIEFFELIN, Respt., v. William A. PRENDERGAST, as Comptroller, etc., et al., Defts., Impleaded with George F. Frey, et al., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Fedora SCHINTZUIS, as admx., etc., plff., v. LACKAWANNA STEEL CO., deft. (Supreme Court, Appellate Division, Fourth De-